**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Chris Brown, | : |
| | : Civil Action No.: 09-cv-00819-CFD |
| Plaintiff, | : |
| v. | : |
| Portfolio Recovery Associates, LLC, | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

    Plaintiff, Chris Brown, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: September 25, 2009      Respectfully submitted,

    By /s/ Sergei Lemberg
    Sergei Lemberg
    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (877) 795-3666
    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 25, 2009, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

                                          By /s/ Sergei Lemberg_____
                                                  Sergei Lemberg